Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
208 Pine St
Floyd, VA 24091
Telephone: 540-745-2519
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ORIAN JUAREZ** | 1:15-CV-01820-AC |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| **Commissioner of Social Security**, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $7,144.04. Subject to any offset allowed under the Treasury Offset Program, as discussed in <u>Astrue v. Ratliff</u>, 139 S. Ct. 2521 (2010), payment of this award shall be made payable to Plaintiff's attorney:

Arthur Stevens, c/o Alan Graf, PC, 208 Pine St., Floyd VA 24091.

It is so ORDERED

Dated this ___ day of March, 2017

United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-1